51 A.3d 180

**Anthony HUGHES, Petitioner**

v.

**PHILADELPHIA COURT OF COMMON PLEAS, Respondent.**

Supreme Court of Pennsylvania.

Aug. 8, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 8th day of August, 2012, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief are **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation not permitted). The Prothonotary is directed to forward the filings to counsel of record.